IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO.: 1:12cr4-SPM/GRJ

ALFRED CHARLES DENMARK, JR.,

    Defendant.

_____/

## ORDER OF REFERENCE

    The Court has been informed that the Defendant in the above styled case wishes to enter a guilty plea and consents to having the guilty plea proceedings conducted by a United States Magistrate Judge. Pursuant to the provisions of 28 U.S.C. § 636(b)(3) and Loc. R. 72.3, it is hereby

    ORDERED that the above captioned criminal case be referred to the Honorable Gary R. Jones, United States Magistrate Judge, to conduct all of the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to a guilty plea and to make a recommendation to the District Judge concerning acceptance or rejection of the guilty plea.

    DONE AND ORDERED this 27th day of August, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge